Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
## for the
_____ District of _____

_____ Division

SAMUEL EDMUND SCHERTTIVS

**Plaintiff(s)**
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

UNKNOWN OFFICER OF PASCO
SHERIFF OFFICE AND PASCO
COUNTY SHERIFF'S OFFICE

**Defendant(s)**
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. 8:23 cv 27 MSS-SPF
(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.



Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: SAMUEL EDMUND SCHERFFIUS
All other names by which you have been known: NOT APPLICABLE
ID Number: 2726445
Current Institution: LAND O LAKES DETENTION CENTER
Address: 20101 CENTRAL BLVD
LAND O LAKES     FL     34637
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: UNKNOWN OFFICER OF PASCO SHERIFF
Job or Title *(if known)*: SHERIFF DEPUTY
Shield Number: UNKNOWN BADGE NUMBER
Employer: PASCO SHERIFF OFFICE
Address: SHERIFF OFFICE
DADE CITY     FL     33525
City / State / Zip Code
☒ Individual capacity   ☒ Official capacity

VICARIOUSLY LIABLE

Defendant No. 2
Name: PASCO SHERIFFS OFFICE — NOT APPLICABLE
Job or Title *(if known)*: NOT APPLICABLE
Shield Number: AGENCY — NOT APPLICABLE
Employer: PASCO — NOT APPLICABLE
Address: PASCO COUNTY SHERIFF OFFICE — NOT APPLICABLE
N/A     N/A     N/A
City / State / Zip Code
☒ Individual capacity   ☒ Official capacity

Page 2 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
  Name: NOT APPLICABLE
  Job or Title (if known): NOT APPLICABLE
  Shield Number: NOT APPLICABLE
  Employer: NOT APPLICABLE
  Address: NOT APPLICABLE
  City: N/A    State: N/A    Zip Code: N/A

☐ Individual capacity   ☐ Official capacity

Defendant No. 4
  Name: NOT APPLICABLE
  Job or Title (if known): NOT APPLICABLE
  Shield Number: NOT APPLICABLE
  Employer: NOT APPLICABLE
  Address: NOT APPLICABLE
  City: N/A    State: N/A    Zip Code: N/A

☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

PASCO SHERIFF OFFICE HAS VICARIOUS LIABILITY AMMENDMENT VIII. AMMENDMENT IV

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

NOT APPLICABLE

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

_NOT APPLICABLE_

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

_DEFENDANT IS EMPLOYED FOR ENFORCING STATE LAW, UNDER OATH. DEFENDANT IS A LAW ENFORCEMENT AGENCY. DEFENDANT ACTS UNDER COLOR OF FLORIDA STATUTES AS A LAW ENFORCEMENT OFFICER OR AGENCY._

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows (check all that apply):

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [x] Other (explain) _INMATE COUNTY JAIL_

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_PASCO FLORIDA IN ZEPHYRHILLS SAV-A-LOT PLAZA ON MAY 06TH 2022 AFTERNOON 12PM PLAINTIFF DID LOSE FEELING IN BURN AREA_

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

_NOT APPLICABLE_

_DEFENDANT DID CREATE A NEGLIGENT OR DANGEROUS CONDITION FOR PLAINTIFF SO THAT PLAINTIFF GOT BURNED AT TIME AND PLACE ABOVE PROXIMATELY CAUSING HIS INJURY_

## VI. RELIEF

PLAINTIFF REQUESTS JUDGEMENT FROM THIS COURT ORDERING DEFENDANT(S) TO PAY $100,000 IN ACTUAL DAMAGES FOR BURNS INJURY $100,000 IN COMPENSATORY DAMAGES FOR MALFEASANCE, MISFEASANCE, OR NONFEASANCE $100,000 IN DISCRETIONARY DAMAGES FOR MENTAL ANGUISH OR DISTRESS $100,000 IN FUTURE DAMAGES FOR BURN INJURY'S LOSS OF FEELING OR REDUCTION IN ABILITY TO FEEL SCAR AREA AND ITCHING $100,000 IN IRREPARABLE DAMAGES FOR NEGLIGENCE $100,000 IN PERMANENT DAMAGES FOR SCARRING FROM BURNS $100,000 IN PROSPECTIVE DAMAGES FOR ITCHING SCAR TISSUE OF BURN FOR LIFE OF PLAINTIFF $100,000 IN PROXIMATE DAMAGES FOR INJURY TO PLAINTIFF BODY $100,000 IN PUNITIVE DAMAGES FOR DEFENDANTS RECKLESSNESS $100,000 IN SUBSTANTIAL DAMAGES FOR BURNS PER YEAR FOR REMAINDER OF PLAINTIFF'S LIFE.

THE NEW CONDITION WAS KNOWN TO DEFENDANT OR HAD EXISTED FOR A SUFFICIENT LENGTH OF TIME SO THAT DEFENDANT SHOULD HAVE KNOWN OF IT. AS A RESULT, PLAINTIFF WAS INJURED IN AND ABOUT HIS BODY AND EXTREMITIES, SUFFERED PAIN FROM IT AND THE INJURIES ARE PERMANENT AND CONTINUING IN NATURE, AND PLAINTIFF WILL SUFFER THE LOSSES AND IMPAIRMENT IN THE FUTURE.

C. What date and approximate time did the events giving rise to your claim(s) occur?

ON OR ABOUT AFTERNOON 12:00PM 05/06/2022 DEFENDANT DID INJUR PLAINTIFF. DEFENDANT SHERIFF OFFICE HAS VICARIOUS LIABILITY.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* PLAINTIFF SUFFERED DAMAGES.

PLAINTIFF WAS BURNED ON ASPHALT AND PHYSICALLY SCARRED BY IT. DEFENDANT DID BURN PLAINTIFF ON ASPHALT. BURN CAUSED MENTAL ANGUISH AND DISTRESS. DEFENDANT DID VIOLATE PLAINTIFFS VIII AMMENDMENT AND IV AMMENDMENT RIGHTS. DEFENDANTS VICARIOUSLY LIABLE.

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

PAIN AND SUFFERING
MENTAL ANGUISH DISTRESS
ITCHY SCARS
PERMANENT PHYSICAL BURN SCARRING

VI. **Relief** SEE ADDITIONAL PAGE

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

REQUEST $100,000 FOR NEGLIGENCE; PROXIMATE
$100,000 FOR PAIN AND SUFFERING DAMAGES; SUBSTANTIAL
$100,000 FOR MALFEASANCE;
$100,000 FOR MORAL TURPITUDE;
REQUEST $100,000 PUNITIVE DAMAGES FOR PAIN AND SUFFERING
$100,000 FOR EMOTIONAL DISTRESS DAMAGES
$100,000 COSMETIC DAMAGES
$100,000 PERMANENT DAMAGES FOR SCARRING

Page 5 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

NOT APPLICABLE

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☒ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

NOT APPLICABLE

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes
☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

    NOT APPLICABLE

2. What did you claim in your grievance?

    NOT APPLICABLE

3. What was the result, if any?

    NOT APPLICABLE

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

    NOT APPLICABLE

Page 7 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

NOT APPLICABLE

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

NOT APPLICABLE

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

NOT APPLICABLE

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No 

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

NOT APPLICABLE

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)    NOT APPLICABLE
   Defendant(s)   NOT APPLICABLE

2. Court *(if federal court, name the district; if state court, name the county and State)*
   NOT APPLICABLE

3. Docket or index number
   NOT APPLICABLE

4. Name of Judge assigned to your case   NOT APPLICABLE

5. Approximate date of filing lawsuit   NOT APPLICABLE

6. Is the case still pending?
   ☐ Yes
   ☒ No
   If no, give the approximate date of disposition.   NOT APPLICABLE

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   NOT APPLICABLE

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Page 9 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes
☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)   NOT APPLICABLE
   Defendant(s)   NOT APPLICABLE

2. Court *(if federal court, name the district; if state court, name the county and State)*

   NOT APPLICABLE

3. Docket or index number   NOT APPLICABLE

4. Name of Judge assigned to your case   NOT APPLICABLE

5. Approximate date of filing lawsuit   NOT APPLICABLE

6. Is the case still pending?
   ☐ Yes
   ☒ No

   If no, give the approximate date of disposition   NOT APPLICABLE

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   NOT APPLICABLE

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/30/2022

Signature of Plaintiff: *Samy Scherffius*
Printed Name of Plaintiff: SAMVEL EDMUND SCHERFFIUS
Prison Identification #: INMATE #2726595
Prison Address: 20101 CENTRAL BLVD
LAND O LAKES, FL 34637
City / State / Zip Code

### B. For Attorneys

Date of signing: 12/30/2022

Signature of Attorney: *Sam Scherffius*
Printed Name of Attorney: SAMVEL EDMUND SCHERFFIUS
Bar Number: NOT APPLICABLE
Name of Law Firm: NOT APPLICABLE
Address: 20101 CENTRAL BLVD
LAND O LAKES, FL 34637
City / State / Zip Code

Telephone Number: NOT APPLICABLE
E-mail Address: NOT APPLICABLE

ATTESTATION BY CORRECTIONAL OFFICER PURSUANT TO SECTION 117.10 FLORIDA STATUTES
NAME (PRINT) R. Hanrero  ID# 15729
SIGNATURE _____ DATE 1/2/2023

Page 11 of 11